IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-83-D
No. 7:16-CV-142-D

| | |
|---|---|
| WILLIS SARVIS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

The United States shall file a response to petitioner's motion to reduce sentence [D.E. 155].

The response is due not later than December 15, 2017.

SO ORDERED. This **20** day of November 2017.

JAMES C. DEVER III
Chief United States District Judge