IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:11-CR-83-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| WILLIS SARVIS, ) | |
| ) | |
| Defendant. ) | |

Willis Sarvis ("Sarvis" or "defendant") moved pro se for the court to unseal the sentencing transcript in his case so that he may file an adequate motion under 28 U.S.C. § 2241. See [D.E 192]. Sarvis may write his former lawyer to obtain a copy of the sentencing transcript.

"An indigent is not entitled to a transcript at government expense without a showing of need, merely to comb the record in the hope of discovering some flaw." United States v. Shoaf, 341 F.2d 832, 833-34 (4th Cir. 1964). Defendant has failed to show a particularized need for the transcript, and thus, to the extent his letter could be construed as a motion to obtain the documents without charge, the motion is DENIED.

SO ORDERED. This 10 day of February 2021.

JAMES C. DEVER III
United States District Judge